# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELVIA SOLORZANO-ROBINSON
INDIVIDUALLY AND ON BEHALF
OF JASMINE ROBINSON

VERSUS

PV HOLDING CORP., BUDGET
RENT A CAR SYSTEM, INC.,
AVIS BUDGET CAR RENTAL, LLC,
ALBERT DICKEY, AND
PROGRESSIVE SECURITY
INSURANCE COMPANY

NO.   2025 CW 0344

JUNE 05, 2025

---

In Re:    Albert Dickey, PV Holding Corp., Avis Budget Car Rental, LLC, Budget Rent-A-Car System, Inc., Chubb Group of Insurance Companies and ACE Property and Casualty Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 721403.

---

BEFORE:   PENZATO, WOLFE, MILLER, EDWARDS, AND FIELDS, JJ.

  **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

SMM
BDE
WEF

  **Penzato and Wolfe, JJ.**, dissent. When a party raises a motion that must be proven, it is that party's burden to present evidence establishing the claims made therein. **Landis Const. Co. L.L.C v. State**, 2015-1167 (La. App. 1st Cir. 2/29/16), 199 So.3d 1, 2. Evidence not properly and officially offered and introduced cannot be considered, even if it is physically placed in the record. Documents attached to memoranda do not constitute evidence and cannot be considered. **Denoux v. Vessel Mgmt. Services, Inc.**, 2007-2143 (La. 5/21/08), 983 So.2d 84, 88. While documents were attached to the memoranda, the transcript from the hearing on the motions reflects that no evidence was properly and officially offered and introduced at the hearing. Therefore, we would reverse the trial court's pre-trial rulings assigned as error in this writ as they lacked evidentiary support.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT